[No. 24311-3-II.   Division Two.   January 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARKESS MARIO BROCK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04032-9, Terry D. Sebring, J., entered January 12, 1999. *Reversed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 25537-5-II.   Division Two.   January 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. HUGO ROBERTO PEDRO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02536-1, Brian M. Tollefson, J., entered January 21, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 25844-7-II.   Division Two.   January 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC RICHARD TOWNSEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02419-4, Brian M. Tollefson, J., entered April 14, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 26194-4-II.   Division Two.   January 18, 2002.]

TALEIA LARSON, ET AL., *Appellants*, v. CHRIS E. NELSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-2-01509-6, David R. Draper, J., entered June 21, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Houghton, J.